## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:23-cr-00258-DMG |
| v. | |
| Sai Zhang | **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |
| DEFENDANT. | |

I, Sai Zhang _____, declare that

*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☑ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☑ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __5th__ day of __July__, 20 __23__
at __Los Angeles, California__
*(City and State)*

__Sai Zhang__ (signature)
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:

I, __Yong Jia Johnston__, am fluent in written and spoken English and __Mandarin__ languages. I accurately translated this form from English into __Mandarin__ to declarant __Sai Zhang__ on this date.

Date: __7/5/2023__

__(signature)__
*Interpreter*