Recommend: ☑ Approval ☐ Disapproval
*(If disapproval is checked, please complete the bottom of page 2)*

☑ Sufficient amount of equity
☑ Lot Book Report confirming title *(dated on or after date on which surety recorded Deed of Trust)*
☑ Property Appraisal *(assessed value or signed written appraisal of current market value)*
☑ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On __July 17, 2023_____   _____
    Date                          Extension

By: __Julie J. Shemitz_____
    Assistant U.S. Attorney

Signature: __Julie J. Shemitz_____

LODGED

2023 JUL 19 PM 2:01

CLERK U.S. DISTRICT
CENTRAL DISTRICT
LOS ANGELES
BY _____

FILED
CLERK, U.S. DISTRICT COURT
JUL 19 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, v. | 2:23-cr-00258-DMG |
| Sai Zhang  DEFENDANT(S). | AFFIDAVIT OF SURETY(IES) (PROPERTY) |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in __Arcadia, California__ (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $__535,000.00__, over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

---

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*

*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

---

AFFIDAVIT OF SURETY(IES) (PROPERTY)

CR-3 (12/05)                                                                                              Page 1 of 2

Address and description of property:

656 W Huntington Dr. Apt F-1, Arcadia CA 91007
Tr=64609 Lot 1 Ph 4 Condo Unit 15 (Airspace And 1/6 Int In Common Area)

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

| Mingyue Zhou | 656 W Huntington Dr. AptF-1 |
|---|---|
| Print Name of Surety | Address of Surety |

X X X - X X - 5  4  2  1        Arcadia, CA 91007
Social Security Number *(Last 4 digits only)*    City, State, Zip Code

☑ Sole Holder or Owner    ☐ Tenancy in Common    ☐ Joint Tenancy    ☐ Other: _____

Percentage of Interest of Surety %100     Present Fair Market Value of Property $ 1,170,000 *(supporting documentation attached)*     Total Amount of Encumbrances and/or All Liens $619,567.86 *(list below separately)*

AmWest Funding Corp.        6 Pointe Drive Suite 330 Brea, CA 92821
Name of Holder of 1st Encumbrance    Address, City, State, Zip Code

Name of Holder of 2nd Encumbrance    Address, City, State, Zip Code

Name of Holder of 3rd Encumbrance    Address, City, State, Zip Code

Total Equity $ 550,432.14         Homesteaders ☐ Yes ☑ No    Amount of Exemption $ 0
*(after deduction of encumbrance liens)*    Exemption Filed?

0                              0
Number of other bonds or undertakings    Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral? ☐ Yes    ☑ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☑ Yes    ☐ No.  If not, what was basis of appraisal? _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed this __12__ Day of __July__ __2023__.

_Mingyue Zhou_          _ex-wife_
Signature of Surety         Relationship of Surety

_____          _____
Signature of Surety         Relationship of Surety

Above Surety Approved: _Rozella A. Oliver_     Dated: 7-19-2023
                    United States Magistrate Judge

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation     ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____          _____
                Assistant U.S. Attorney

AFFIDAVIT OF SURETY(IES) (PROPERTY)
CR-3 (12/05)                         Page 2 of 2

 

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California    }

County of __Los Angeles__    }

On __July 12, 2023__ before me, __Lifei Huang__,
(insert name and title of the officer)

personally appeared __Mingyue Zhou__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public Signature

(Seal)

Lifei Huang
COMM# 2444346
NOTARY PUBLIC—CALIFORNIA
Los Angeles County
MY COMM EXPIRES 4/15/2027

──── OPTIONAL INFORMATION ────

DOCUMENT

__AFFIDAVIT OF SURETY (IES) property__
(name or type of document)

__2__        __07/14/2023__
(number of pages)    (document date)

SIGNER CAPACITY

_____
(capacity claimed by the signer)

NOTICE
THE NOTARY PUBLIC DOES NOT CERTIFY THE AUTHORIZED CAPACITY OF THE SIGNER